UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DUANE ARLINE, JR., | Case No.: 1:11-cv-00420-LJO-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S FOURTH MOTION FOR AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND SETTING DEADLINE TO FILE SECOND AMENDED COMPLAINT |
| v. | |
| KEN CLARK, et al., | |
| Defendants. | [ECF No. 22] |

Plaintiff Keith Duane Arline, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's fourth motion for an extension of time to file a second amended complaint.

On October 3, 2013, the Court granted Plaintiff's third motion for an extension of time to file the second amended complaint, and the second amended complaint was due on or before November 2, 2013. In that order, the Court warned Plaintiff that because Plaintiff had been granted three extensions of time, no further extensions of time would be granted absence a showing of extraordinary circumstances, not present in the prior motion.

In this instant motion, Plaintiff has again failed to demonstrate "extraordinary circumstances" to justify a fourth extension of time to file the second amended complaint. Instead, Plaintiff continues to cite to the fact that he in July of this year he was placed in administrative segregation because he is

considered a security risk and he will not be released until January 2014. Plaintiff also cites that he has a total of three civil rights actions pending. The fact that Plaintiff has been placed in administrative segregation is his own doing and does not support the finding of "extraordinary circumstances." In addition, the fact that he has three civil rights actions is not an "extraordinary circumstance."

Accordingly, Plaintiff's fourth motion for an extension of time to file a second amended complaint is DENIED. Plaintiff has until December 2, 2013, to file the second amended complaint, or the Court will issue a recommendation that the action be dismissed, with prejudice, for failure to state a cognizable claim.

IT IS SO ORDERED.

Dated:  **November 6, 2013**

UNITED STATES MAGISTRATE JUDGE