**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH DUANE ARLINE, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00420-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>[ECF Nos. 45, 52] |

　　Plaintiff Keith Duane Arline, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On May 4, 2016, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and contained notice that objections to the Findings and Recommendations were to be filed within thirty days.  The thirty day time frame has expired and no objections were filed.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　Accordingly, IT IS HEREBY ORDERED that:

　　1.　　The Findings and Recommendations, filed on May 4, 2016, is adopted in full; and

　　2.　　Defendants' motion for judgment on the pleadings is DENIED.

IT IS SO ORDERED.

Dated:　**June 10, 2016**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE